United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ALFREDO A. BERCILLA et al., | ) | Case No. 5:14-cv-04263-PSG |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION TO EXTEND TIME** |
| v. | ) | |
| | ) | |
| CAL-WESTERN RECONVENYANCE, LLC, et al., | ) | **(Re: Docket No. 17)** |
| | ) | |
| Defendants. | ) | |

After Defendants notified the court that Plaintiffs did not file any timely opposition to their motion to dismiss,[1] Plaintiffs request an enlargement of time to respond to Defendants' motion.[2] The court finds the motion to extend time suitable for disposition on the papers pursuant to the local rules.[3]

---

[1] *See* Docket No. 15 at 2.

[2] *See* Docket No. 17.

[3] *See* Civil L.R. 7-1(b) ("In the Judge's discretion, or upon request by counsel and with the Judge's approval, a motion may be determined without oral argument or by telephone conference call"); Fed. R. Civ. P. 78(b) ("By rule or order, the court may provide for submitting and determining motions on briefs, without oral hearings").

1
Case No. 5:14-cv-04263-PSG
ORDER GRANTING MOTION TO EXTEND TIME

The Federal Rules of Civil Procedure provide that "a court may, for good cause" extend the time to file a response "on motion made after the time has expired if the party failed to act because of excusable neglect."[4]

With regard to their delay, Plaintiffs cite their pro per status, their lack of access to staff or an attorney and complications with stress due to Defendants' auctioning of their house.[5]

Having reviewed the arguments and circumstances, the court is satisfied that allowing Plaintiffs a modest extension of time is fair and will not unduly prejudice Defendants. The court GRANTS Plaintiffs an extension such that Plaintiffs may file a response no later than December 16, 2014. Replies are due by December 23, 2014. The hearing on the motion is rescheduled to January 6, 2014 at 10:00 a.m.

**SO ORDERED.**

December 4, 2014

_____
PAUL S. GREWAL
United States Magistrate Judge

---

[4] *See* Fed. R. Civ. P. 6(b).

[5] *See* Docket No. 17 at 2.

Case No. 5:14-cv-04263-PSG
ORDER GRANTING MOTION TO EXTEND TIME

2